No. 167. POMPROWITZ, DOING BUSINESS AS L. C. L. TRANSIT COMPANY, ET AL. *v.* UNITED STATES ET AL. Appeal from the United States District Court for the Eastern District of Wisconsin. *Per Curiam:* The motion to

affirm is granted and the judgment is affirmed. *Warren H. Wagner* for appellants. *Solicitor General Sobeloff* and *Edward M. Reidy* for the United States and the Interstate Commerce Commission, appellees.